463 SHEPARD ET AL. vs. CIRCUIT JUDGE (Kent), No. 15505; 68 N. W., 221; 3 D. L. N., 368.

To compel respondent to proceed upon an order to show cause issued against a judgment debtor, who refused to appear before a circuit court commissioner for examination concerning his property, the respondent holding that the Circuit Court was without jurisdiction in such case.

Granted June 30, 1896, with costs against defendant.

464 ATCHISON, TOPEKA & SANTA Fe R. R. CO. vs. CIRCUIT JUDGE (Wayne), 60 M., 232.

To compel the commitment of a witness for contempt in refusing to answer certain questions.

Denied February 19, 1886.

Fletcher, residing in Detroit, filed a bill in equity in Kansas, against relator, and was summoned to appear before respondent under the statute allowing witnesses to be examined in foreign states before circuit judges and certain other officers.

He refused to answer certain questions, and the circuit judge declined to commit him, on the double ground of want of power in himself and of adequate means within the control of the court, where the suit is pending.

Held, that imprisonment as a means of coercion for civil purposes is not allowed by law until other means fail, and that the court, where the suit is pending, has ample means to enforce any conditions which it has a right to exact.